

**Davis Wright Tremaine LLP**

27th Floor
1633 Broadway
New York, NY 10019-6708

Michael Goettig
212-603-6498 tel
212-489-8340 fax

michaelgoettig@dwt.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/15
```

April 1, 2015

**MEMO ENDORSED**

The Application is granted. The Clerk will
SO ORDERED:     terminate Dkt. No. 30
                in 13 Civ. 5031.
_Paul Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: April 2, 2015

**VIA ECF & FACSIMILE (212) 805-7986**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

Re:   *Grant v. Warner Music Group Corp. et al*, No. 13 Civ. 4449;
      *Henry v. Warner Music Group Corp., et al*, No. 13 Civ. 5031

Your Honor:

    This firm represents the defendants in the above referenced actions. On behalf of all parties, I write to respectfully request an additional 45-day extension on the date for the plaintiffs to file documents in support of their motion for preliminary approval of the parties' settlement agreement, to and including Monday, May 25, 2015.

    As set forth in my March 9, 2015 letter, in or around January 2015, the parties reached an agreement as to the terms under which this matter may be settled. That agreement imposed upon each party the duty to satisfy certain conditions prior to seeking the Court's preliminary approval of the settlement terms. While all parties remain committed to settling this matter on the terms memorialized in their settlement agreement, certain procedural challenges preclude plaintiffs from filing their motion for preliminary approval by the current April 8 deadline. Accordingly, on behalf of all parties, we respectfully request an additional 45-day extension of time for the filing of the plaintiffs' anticipated motion.

DWT 26542394v1 0099424-000003

Anchorage    New York        Seattle
Bellevue     Portland        Shanghai
Los Angeles  San Francisco   Washington, D.C.

www.dwt.com

April 1, 2015
Page 2

We thank the Court in advance for its attention to this request, and are available to address any questions or concerns the Court may have.

Respectfully submitted,

Davis Wright Tremaine LLP

Michael Goettig

cc: Lloyd Ambinder (via ECF)
    LaDonna Lusher (via ECF)
    Jeffrey Brown (via ECF)
    Lenard Leeds (via ECF)
    James Murphy (via ECF)
    Kara Miller (via ECF)
    Suzanne Klein (via ECF)
    Michael Tompkins (via ECF)
    Maurice Pianko (via ECF)
    Daniel Markowitz (via ECF)